**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-20146/0076997204

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>David A. Porcel<br>   Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br>   Movant,<br>  vs.<br><br>David A. Porcel, Debtor, Maureen Gaughan, Trustee.<br><br>   Respondents. | No. 2:09-BK-17476-CGC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #16) |

  Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

  IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 16, 2007 and recorded in the office of the Yellowstone County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and David A. Porcel has an interest in, further described as:

> UNIT NO. 3 OF THE TENNESSEAN CONDOMINIUM, A CONDOMINIUM LOCATED ON LOT 4, BLOCK 3, OF SPRING VALLEY SUBDIVISION IN THE CITY OF BILLINGS, YELLOWSTONE COUNTY, MONTANA, ACCORDING TO THE OFFICIAL PLAT THEREOF ON FILE AND OF RECORD IN THE OFFICE OF THE CLERK AND RECORDER OF SAID COUNTY, UNDER DOCUMENT NO. 569310
>
> TOGETHER WITH AN UNDIVIDED 22% INTERES IN THE COMMON ELEMENTS, AS THE SAID UNTI AND COMMON ELEMENTS ARE ESTABLISHED, DEFINED AND IDENTIFIED IN THE DECLARATION OF CONDOMINIUM OF THE TENNESSEAN CONDOMINIUM, RECORDED NOVEMBER 05, 1984, IN BOOK 1268, UNDER DOCUMENT NO. 1329321, RECORDS OF YELLOWSTONE COUNTY, MONTANA.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT